**Order entered October 19, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00362-CR
No. 05-18-00363-CR
No. 05-18-00364-CR

**JOHN F. SEAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-44837-P, F17-44838-P & F17-44846-P**

## ORDER

We **REINSTATE** this appeal.

On September 27, 2018, we ordered court reporter Lisabeth Kellet to file a supplemental reporter's record containing a true and correct playable copy of State's Exhibit 1 by October 7, 2018. To date, the exhibit has not been filed and we have had no communication from Ms. Kellett. We **ORDER** State's Exhibit No. 1 filed **WITHIN FIVE DAYS OF THE DATE OF THIS ORDER**. If the exhibit is not filed by October 26, 2018 at 5:00 p.m., we will order that court reporter Lisabeth Kellet not sit until the exhibit is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court; to Lisabeth Kellett,

court reporter, 203rd Judicial District Court; to Bruce Anton, and to the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of the order by first-class mail, to John Seay, 1822 Young Street, Dallas, TX 75201.

These appeals were abated for a hearing to determine whether appellant should be allowed to represent himself in these appeals. Because we are still awaiting the trial court's findings and, if appropriate, appellant's signed waiver of counsel in substantially the form provided by article 1.051(g) of the code of criminal procedure, we again **ABATE** these appeals to allow the trial court to comply with our September 28, 2018 order.


/s/  LANA MYERS
   JUSTICE